```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 12390
   MICHAEL MCDONALD
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8969


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/15/2008 and was not confirmed.

     The case was dismissed without confirmation 08/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG          .00           .00            .00
BANK OF NEW YORK           MORTGAGE ARRE     23000.00           .00            .00
INTEGRA BANK               CURRENT MORTG          .00           .00            .00
INTEGRA BANK               MORTGAGE ARRE     10000.00           .00            .00
INTEGRA BANK               SECURED VEHIC      7000.00           .00            .00
COMMONWEALATH EDISON       UNSECURED         NOT FILED          .00            .00
SBC ILLINOIS               UNSECURED           275.96           .00            .00
CAPITAL ONE BANK           UNSECURED           726.30           .00            .00
COLLECTION                 UNSECURED         NOT FILED          .00            .00
THOREK HOSPITAL            UNSECURED         NOT FILED          .00            .00
PROGRESSIVE INSURANCE CO   UNSECURED         NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          2174.85           .00            .00
LVNV FUNDING LLC           UNSECURED           830.21           .00            .00
T MOBILE                   UNSECURED         NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          3437.78           .00            .00
AMERICAN EXPRESS           UNSECURED          2253.25           .00            .00
LVNV FUNDING LLC           UNSECURED           181.31           .00            .00
DONEGAL EXCAVATING INC     UNSECURED         10515.00           .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY            .00                          .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12390 MICHAEL MCDONALD
```

```
                             ---------------     ---------------
TOTALS                                  .00                 .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 11/19/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                                    PAGE   2
         CASE NO. 08 B 12390 MICHAEL MCDONALD